## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DYLAN HENDRICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 1:21-526-CG-N** |
| | ) | |
| **JOHN HAMM,** [1] | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having

been no objections filed, the Report and Recommendation of the Magistrate Judge

(Doc. 7) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure

72(b), and S.D. Ala. GenLR 72(a), and dated January 6, 2022, is **ADOPTED** as the

opinion of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's complaint (Doc. 1) is

**DISMISSED without prejudice** under 28 U.S.C. § 1915A(b), subject to the

Plaintiff being granted until **no later than February 24, 2022** to file and serve an

amended complaint that plausibly alleges a claim or claims for prospective

declaratory and injunctive relief under 42 U.S.C. § 1983 against the Defendant

---

[1] As noted by the Magistrate Judge (*see* Doc. 7 n.18, PageID.18), John Hamm became Commissioner of the Alabama Department of Corrections following Jefferson S. Dunn's resignation from that position effective December 31, 2021, and was thus automatically substituted for Dunn as the official-capacity defendant under Federal Rule of Civil Procedure 25(d).  The Clerk of Court is **DIRECTED** to update the docket accordingly.

Commissioner for the Alabama Department of Corrections.

**DONE** and **ORDERED** this the 27th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE