# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DYLAN HENDRICKS,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CA 21-0526-CG-N ) |
| **JOHN HAMM,** | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge (Doc. 15) made under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b)(1), and S.D. Ala. GenLR 72(a)(2)(R) & (S), and dated June 6, 2022, is **ADOPTED** as the opinion of this Court.  Accordingly, the Defendant's motion to dismiss the amended complaint under Rules 12(b)(1) and 12(b)(6) is **DENIED**, and the references to the Eighth Amendment are **STRICKEN** sua sponte from the amended complaint under Rule 12(f) as immaterial.

**DONE** and **ORDERED** this the 28th day of June, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE