IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DYLAN HENDRICKS | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 21-0526-N |
| | ) |
| JOHN HAMM, Commissioner, | ) |
| Alabama Department of | ) |
| Corrections, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

The Court hereby **ADOPTS** the Magistrate's Recommendation and Order issued in this matter on May 19, 2023 (Doc. 51). Accordingly, the Order of Reference entered on July 1, 2022 (Doc. 19) is **VACATED**. The Clerk is **DIRECTED** to re-assign this matter to the next available active District Judge.

**DONE** and **ORDERED** this the 24th day of May, 2023.

                                    /s/ Callie V. S. Granade
                                  SENIOR UNITED STATES DISTRICT JUDGE